IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INIDAN RESERAVATION,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>The U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; the BUREAU OF LAND MANAGEMENT; JOHN MEHLHOFF, in his official capacity as the State Director of the Montana/Dakotas State Office of the Bureau of Land Management; the U.S. ARMY CORPS OF ENGINEERS; RYAN MCCARTHY; in his official capacity as Secretary of the Army; COLONEL JOHN L. HUDSON, P.E., in his official capacity as District Commander of the U.S. Army Corps of Engineers - Omaha District,<br><br>　　　　　　　Defendants. | CV 20-44-GF-BMM-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION BY TRANSCANADA KEYSTONE PIPELINE, LP AND TC ENERGY CORPORATION TO INTERVENE** |

TransCanada Keystone Pipeline, LP and TC Energy Corporation, have filed an unopposed motion to intervene in this action as of right pursuant to Federal Rule of Civil Procedure 24(a)(2). The motion is unopposed and the Court finds good cause for the motion. Accordingly, IT IS HEREBY ORDERED that the motion (Doc. 26 ) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall file the answer on CM/ECF that TransCanada Keystone Pipeline, LP and TC Energy Corporation attached as Exhibit 1 to their brief in support.

IT IS FURTHER ORDERED that TransCanada Keystone Pipeline, LP and TC Energy Corporation shall file any pertinent corporate disclosure statements and pro hac vice applications.

DATED this  4th  day of   August   2020.

John Johnston
United States Magistrate Judge