UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBOINE AND SOIUX TRIBES OF THE FORT PECK INDIAN RESERVATION,<br><br>                    Plaintiff,<br>vs.<br><br>THE U.S. DEPARTMENT OF THE INTERIORM, et al.,<br><br>                    Defendant. | Case No. CV-20-44-GF-BMM-JTJ<br><br>NOTICE AND CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |

NOTIFICATION OF ASSIGNMENT
TO UNITED STATES MAGISTRATE JUDGE

YOU ARE HEREBY NOTIFIED that this case has been referred to a United States Magistrate Judge for the District of Montana for all pretrial proceedings pursuant to 28 U.S.C. 636(b)(1) and L.R. 72.2(a).

You are advised that, pursuant to 28 U.S.C. 636(c), F.R.Civ.P. 73, and L.R. 73.1, you may consent to have a Magistrate Judge exercise jurisdiction over the case and conduct trial, entry of judgment, and post-judgment proceedings.  You are free to withhold consent to the Magistrate Judge's exercise of jurisdiction without adverse substantive consequences.  However, the withholding of consent may have

the adverse procedural consequences of a delay in trial due to speedy trial considerations in criminal cases. In accord with F.R.Civ.P. 73(b) and L.R. 73.1, neither the Article III judge nor the Magistrate Judge will be informed of your response to this notification, unless all parties have consented to the assignment of the case to the Magistrate Judge.

YOU ARE DIRECTED to return the enclosed consent form to the Clerk of Court, Great Falls Division, Missouri River Federal Courthouse, 125 Central Ave. West, Suite 110 Great Falls, MT 59404 conventionally, via United States Mail, no later than fourteen (14) days from the date of notification, indicating on the form whether you **do** or **do not** consent to the Magistrate Judge's exercise of jurisdiction over this case. In the event you do not consent, an Article III judge will retain jurisdiction of the case.

DATED this 5th day of August, 2020.

TYLER P. GILMAN, CLERK
UNITED STATES DISTRICT COURT

**ACTION REQUIRED!**

/s/ Athena Cobb
Athena Cobb,
Deputy Clerk

CASE NUMBER:  **CV**-20-44-GF-BMM-JTJ

**THE ASSINIBOINE AND SOIUX TRIBES OF THE FORT PECK INDIAN RESERVATION**,
                                            Plaintiff,
                vs.

**THE U.S. DEPARTMENT OF THE INTERIORM, et al.**,
                                            Defendant.

CONSENT TO THE EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |