IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBONE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION., <br><br> Plaintiff, <br><br> vs. <br><br> THE U.S. DEPARTMENT OF THE INTERIOR, et al, <br><br> Defendants. <br><br> TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TC ENERGY CORPORATION, a Canadian Public company, <br><br> Defendant-Intervenors | CV-20-44-GF-BMM <br><br> **ORDER** |

Defendant-Intervenors (DI) have moved for an order allowing Peter C. Whitfield, Esq. and Kathleen Mueller, Esq. to appear *pro hac vice* in this case with

Jeffrey Oven, Esq., designated as local counsel. The applications of Mr. Whitfield and Ms. Mueller appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

DI's motions to allow Mr. Whitfield and Ms. Mueller to appear on its behalf (Docs. 33 and 35) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Whitfield and Ms. Mueller must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Whitfield and Ms. Mueller.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 17th day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court