IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP and TC ENERGY CORPORATION,<br><br>Defendants-in-Intervention, | 4:20-cv-00044-BMM<br><br>SCHEDULING ORDER |

The parties submitted a Joint Case Management Plan (Doc. 41) on September 1, 2020. The Court adopts the parties' proposed schedule as outlined below.

| Document Name | Submission Deadline or Date |
|---|---|
| (1) Parties Submit Administrative Record with Court | October 30, 2020 |
| (2) Plaintiff Motion for Summary Judgment and Supporting Brief | Within 45 days of (1) |
| (3) Federal Defendants Motion with Combined Opening/Response Brief | Within 45 days of (2) |
| (4) Defendants-in-Intervention Motion with Combined Opening/Response Brief | Within 55 days of (2) |
| (5) Plaintiff Response/Reply Brief to Federal Defendants and Defendants-in-Intervention Combined Opening/Response Brief | Within 30 days of (4) |
| (6) Federal Defendants Reply to Plaintiff Response | Within 28 days of (5) |
| (7) Defendants-in-Intervention Reply to Plaintiff Response | Within 35 days of (5) |
| Summary Judgment Hearing | April 21, 2021 at 1:30 PM, Missouri River Courthouse, Great Falls, MT |

Dated the 9th day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court