# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, and TC ENERGY CORP.,<br><br>    Defendants-in-Intervention. | No. 4:20-cv-00044-BMM-JTJ<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Before the Court is the Tribes' Motion to Amend Scheduling Order. Good cause being shown, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the October 30, 2020 deadline for the lodging of the administrative record in this case is vacated, and that the Parties shall file a Joint Stipulation within two weeks of the lodging of the Tribes' supplemented and amended complaint, informing the Court of a proposed date for the lodging of the complete administrative record.

Dated the 28th day of October, 2020.

                                                  Brian Morris, Chief District Judge
                                                United States District Court