MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Tel: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

PAUL E. SALAMANCA
Deputy Assistant Attorney General

LUTHER L. HAJEK (CO Bar 44303)
MARISSA A. PIROPATO (MA Bar 651630)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov
marissa.piropato@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| THE ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION,<br><br>Plaintiffs,<br>v.<br><br>THE U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, *et al.*,<br><br>Defendant-Intervenors. | CV 20-44-BMM-JTJ<br><br>**DEFENDANTS' MOTION TO DISMISS CLAIMS TEN AND ELEVEN IN PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTED COMPLAINT** |

Defendants U.S. Department of the Interior, *et al.*, hereby move to dismiss Claims Ten and Eleven in Plaintiffs' First Amended and Supplemented Claim for Declaratory and Injunctive Relief, ECF No. 57.  Claim Ten alleges that Defendants violated section 106 of the NHPA, 54 U.S.C. § 306108, and Claim Eleven alleges that Defendants violated section 110k, 54 U.SC. § 306113, and section 106 of the NHPA, 54 U.S.C. § 306108.  Claim Ten should be dismissed for failure to state a claim and for lack for lack of jurisdiction, and Claim Eleven should be dismissed for failure to state a claim.  The grounds for this motion are set forth in the accompanying memorandum in support.  Defendants' counsel has consulted with counsel for the parties regarding this motion.  Plaintiffs oppose this motion and Defendants TransCanada Keystone Pipeline, LP, *et al.*, do not oppose this motion.

DATED: December 21, 2020            Respectfully submitted,

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Tel: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

PAUL E. SALAMANCA
Deputy Assistant Attorney General

MARISSA A. PIROPATO (MA Bar 651630)
Sr. Trial Attorney
Natural Resources Section
Environment and Natural Resources Div.

1

United States Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0470
E-mail: marissa.piropato@usdoj.gov

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2020, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

                              */s/ Luther L. Hajek*
                              LUTHER L. HAJEK
                              U.S. Department of Justice