Majel M. Russell (MT Bar #4057)
Daniel S. Wenner (MT Bar #42335071)
ELK RIVER LAW OFFICE, PLLP
P.O. Box 928
Billings, MT 59101
Ph: 406-259-8611 | Fax: 406-259-3251
Email:   mrussell@elkriverlaw.com
             dwenner@elkriverlaw.com

Reid Peyton Chambers (*pro hac vice*)
Frank S. Holleman (*pro hac vice*)
Matthew L. Murdock (*pro hac vice*)
SONOSKY, CHAMBERS, SACHSE,
  ENDRESON & PERRY, LLP
1425 K St, NW, Ste 600
Washington, DC 20005
Ph: 202-682-0240 | Fax: 202-682-0249
Email:   rchamber@sonosky.com
             fholleman@sonosky.com
             mmurdock@sonosky.com

*Attorneys for the Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION,<br><br>      Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP and TC ENERGY CORPORATION,<br><br>      Defendants-in-Intervention. | CV-20-44-GF-BMM<br><br>**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

165845-1

Pursuant to Federal Rule of Civil Procedure 56 and the Court's Order of December 9, 2020, ECF No. 59, Plaintiff Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation ("Tribes") respectfully requests that the Court grant it summary judgment on Counts I-IX of its First Amended Complaint, ECF No. 57, and all the relevant declaratory and injunctive relief requested in Paragraphs B-G and I of its Prayers for Relief in its First Amened Complaint, *id.* at 131-32. The Tribes' Motion is supported by the accompanying Brief and Statement of Undisputed Material Facts.

DATE: December 30, 2020  Respectfully submitted,

By: */s/ Daniel Wenner*
Daniel Wenner
Majel Russell
Elk River Law Office, P.L.L.P.

*/s/ Frank S. Holleman*
Frank S. Holleman
Reid Peyton Chambers
Matthew L. Murdock
Sonosky, Chambers, Sachse, Endreson & Perry, LLP

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, I electronically filed the above and foregoing document with the Clerk of Court via the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the parties registered to receive such service.

>   */s/ Frank S. Holleman*
> Frank S. Holleman

165845-1