# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, *et al.*,<br><br>    Defendant-Intervenors. | CV 20-44-BMM-JTJ<br><br>**ORDER GRANTING JOINT MOTION FOR STAY** |

This matter comes before the Court on the parties' Joint Motion for Stay. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED. The case is hereby STAYED. Within 60 days of this order, the parties shall submit a status report advising the Court whether a continued stay is warranted or if litigation deadlines should be reinstated, in which case the parties shall propose a revised litigation schedule. If any party wishes to lift the say prior to the end of the 60-day period, it shall file a motion with the Court.

1

TC Energy shall notify the Court sixty days in advance of any construction of the main pipeline or new pump stations.  In addition, TC Energy shall notify the Court and parties thirty days in advance of construction or occupation of the work force camps by workers engaging in anything other than security, environmental protection, asset protection, and/or dismantling the camps.

Defendants shall notify the Court if TC Energy requests a notice to proceed from the U.S. Bureau of Land Management ("BLM") or schedules a preconstruction conference with BLM.

DATED this 4th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court