# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION,<br><br>Plaintiff,<br>v.<br><br>THE U.S. DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, *et al.*,<br><br>Defendant-Intervenors. | CV 20-44-BMM-JTJ<br><br>**ORDER<br>CONTINUING STAY** |

This case has been stayed by joint motion of the parties. On June 7, 2021, the parties advised the Court that that stay should be continued for an additional sixty days. For good cause shown, the case shall remain stayed for sixty days from the date of this order. At the end of the sixty-day stay period, the parties shall submit a status report advising the Court whether a continued stay is warranted or if litigation deadlines should be reinstated, in which case the parties shall propose a revised litigation schedule. If any party wishes to lift the say prior to the end of the sixty-day period, it shall file a motion with the Court.

1

TC Energy shall notify the Court sixty days in advance of any construction of the main pipeline or new pump stations.  In addition, TC Energy shall notify the Court and parties thirty days in advance of construction or occupation of the work force camps by workers engaging in anything other than security, environmental protection, asset protection, and/or dismantling the camps.

Defendants shall notify the Court if TC Energy requests a notice to proceed from the U.S. Bureau of Land Management ("BLM") or schedules a preconstruction conference with BLM.

DATED this 7th day of June, 2021.

_____
Brian Morris, Chief District Judge
United States District Court