MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Tel: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

TODD KIM
Assistant Attorney General

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>THE U.S. DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, *et al.*,<br><br>Defendant-Intervenors. | CV 20-44-BMM-JTJ<br><br>**JOINT STATUS REPORT** |

Defendants U.S. Department of the Interior *et al.* ("Defendants"), Plaintiff Assiniboine and Sioux Tribes of the Fort Peck Reservation, and Defendant-Intervenors TC Energy *et al.* hereby submit this joint status report pursuant to the Court's October 25, 2021 Order, ECF No. 85, and request that the case be stayed for an additional sixty days.

This case involves the U.S. Bureau of Land Management's ("BLM") approval of a right-of-way for the Keystone XL Pipeline and the U.S. Army Corps of Engineers' ("Corps") issuance of a permit for a portion of the pipeline to cross Corps-managed federal lands pursuant to the Rivers and Harbors Act, 33 U.S.C. § 408.  The case has been stayed following President Biden's revocation of the 2019 Presidential Permit allowing the pipeline to cross the border.  *See* Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis, 86 Fed. Reg. 7,037, 7,041 (Jan. 20, 2021).  In addition, TC Energy announced the termination of the Keystone XL Pipeline Project on June 9, 2021.  *See* TC Energy Corp. and TransCanada Keystone Pipeline, LP's Notice Regarding Termination of Keystone XL Pipeline, *Indigenous Envtl. Network v. Trump*, No. 4:19-cv-28-BMM (June 9, 2021), ECF No. 167 ("June 9, 2021 Notice").

Since its announcement regarding the termination of the project, TC Energy has taken significant steps to wind down authorizations that the company obtained or sought from federal agencies.  As previously reported, among other things, TC

1

Energy has relinquished an incidental take permit authorized by the U.S. Fish and Wildlife Service pursuant to section 10 of the Endangered Species Act and a temporary use permit for an access road from BLM. *See* October 25, 2021 Joint Status Report at 2, ECF No. 84. On August 31, 2021, BLM approved TC Energy's decommissioning plans for the border segment of the pipeline. *Id.* Subsequently, the Montana Department of Environmental Quality also approved TC Energy's decommissioning plans for the border segment. *Id.*

On September 2, 2021, BLM issued a decision to approve TC Energy's request for partial relinquishment of the right-of-way grant and temporary use permit ("TUP"). *Id.*; *see also* BLM Decision Approving Partial Relinquishment (Sept. 2, 2021), Ex. 1. BLM approved full relinquishment of the right-of-way grant and TUP for all portions of the right-of-way except for the 0.94-mile border segment. *See* October 25, 2021 Joint Status Report at 2. Retention of the right-of-way for the 0.94-mile border segment is necessary to enable TC Energy to complete decommissioning and reclamation activities consistent with the terms of the grant, including the bonding stipulations. As the decision notes, BLM will relinquish and close the right-of-way for the border segment upon completion and approval of reclamation.

On September 22, 2021, TC Energy began the removal of the pipeline consistent with the approved decommissioning plan. *See id.* Since the filing of the

last report, TC Energy has completed the removal of the pipeline in the international border segment and reclamation of the right-of-way area, including restoration of the disturbed areas. BLM and TC Energy had a closeout conference on November 2, 2021. *See* TC Energy November 19, 2021 Letter, Ex. 2. At the closeout conference, BLM and TC Energy discussed certain issues relating to the work that was performed, and those issues were resolved. *See id.*; BLM November 23, 2021 Letter, Ex. 3. As noted above, TC Energy currently retains a limited right-of-way grant to ensure that reclamation, *i.e.*, revegetation, of the border segment is successful.

Defendants request this extension to allow BLM to determine that the site has appropriately revegetated. Once that occurs, BLM will approve TC Energy's relinquishment of this last remaining right. At that point, Defendants will confer with Plaintiffs to discuss whether any further proceedings are necessary.

The requested extension of the stay will not prejudice any party because TC Energy has announced that it has no plans to construct the pipeline "now or at any time in the future," June 9, 2021 Notice at 3, and it has now removed the pipe that was previously installed. Moreover, TC Energy has relinquished, or is in the process of relinquishing, the federal permits that would allow it to construct the pipeline. Further, Defendants and TC Energy remain obligated to provide the

3

parties and the Court with sixty days' notice in advance of any theoretical construction of the main pipeline or new pump stations.

In light of these developments, the parties respectfully request that the Court continue the stay of the litigation deadlines for sixty days, so that the parties may determine what further proceedings may be necessary in this case. *See Landis v. N. American Co.*, 299 U.S. 248, 254 (1936) (a court has inherent authority to stay litigation). At the end of the sixty-day period, the parties will advise the Court whether further proceedings are necessary and, if so, propose a revised briefing schedule. If the parties need additional time to discuss potential further proceedings, the parties will submit a status report and request additional time to continue their discussions. The parties retain the right to ask the Court to lift the stay in response to changes in conditions on the ground.

Respectfully submitted this 23rd day of December, 2021,

        MARK STEGER SMITH
        Assistant U.S. Attorney
        U.S. Attorney's Office
        2601 Second Avenue North, Suite 3200
        Billings, MT 59101
        Tel: (406) 247-4667; Fax: (406) 657-6058
        mark.smith3@usdoj.gov

        TODD KIM
        Assistant Attorney General

        */s/ Luther L. Hajek*
        LUTHER L. HAJEK (CO Bar 44303)
        Trial Attorney, Natural Resources Section

United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

CROWLEY FLECK PLLP

/s/ *Jeffery J. Oven*
Jeffery J. Oven
Jeffrey M. Roth
490 North 31st Street, Ste. 500
Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
jroth@jcrowleyfleck.com

SIDLEY AUSTIN LLP

/s/ *Peter C. Whitfield*
Peter C. Whitfield
Joseph R. Guerra
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Email: pwhitfield@sidley.com
jguerra@sidley.com

*Attorney for Defendant-Intervenors*
*TC Energy Corp. et al.*

_____

Majel M. Russell (MT Bar No. 4057)
Daniel S. Wenner (MT Bar No. 42335071)
Elk River Law Office, P.L.L.P.
P.O. Box 928
2501 4th Ave. N.
Billings, Montana 59101
Tele: (406) 259-8611
Fax: (406) 259-3251
Email:  mrussell@elkriverlaw.com
           dwenner@elkriverlaw.com

5

Reid Peyton Chambers
Frank S. Holleman
Matthew L. Murdock
Sonosky Chambers, Sachse
  Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, DC 20005
Tele: (202) 682-0240
Fax: (202) 682-0249
Email:  rchambers@sonosky.com
         fholleman@sonosky.com
         mmurdock@sonosky.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(d)(2)(E), the foregoing brief is proportionately spaced, has a typeface of 14 points, and contains 820 words, excluding the tables, caption, signature, certificate of compliance, and certificate of service.

                                     */s/ Luther L. Hajek*
                                     LUTHER L. HAJEK
                                     U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
U.S. Department of Justice
