Reid Peyton Chambers
Ryan C. Rusche
Frank S. Holleman
Matthew L. Murdock
Sonosky Chambers, Sachse
Endreson & Perry, LLP
1425 K Street, N.W., Suite 600
Washington, DC 20005
Telephone: (202) 682-0240
Email: rchambers@sonosky.com
rusche@sonosky.com
fholleman@sonosky.com
mmurdock@sonosky.com

*Attorneys for the Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| THE ASSINIBOINE AND SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION, | |
| Plaintiff, | CV-20-44-GF-BMM |
| v. | |
| The U.S. DEPARTMENT OF THE INTERIOR, et al., | **JOINT STIPULATED DISMISSAL WITHOUT PREJUDICE** |
| Defendants, | |
| and, | |
| TRANSCANADA KEYSTONE PIPELINE, LP and TC ENERGY CORP., | |
| Defendants-in-Intervention. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Defendants U.S. Department of the Interior *et al.*, and Defendant-Intervenors TransCanada Keystone Pipeline, LP, *et al.* hereby stipulate to the dismissal of this case without prejudice.

DATE: May 18, 2022                              Respectfully submitted,

By:  */s/ Ryan C. Rusche*
       Ryan C. Rusche

       */s/ Frank S. Holleman*
       Frank S. Holleman
       Reid Peyton Chambers
       Matthew L. Murdock
       Sonosky, Chambers, Sachse, Endreson &
          Perry, LLP

       1425 K Street, N.W., Suite 600
       Washington, DC 20005
       Tele: (202) 682-0240
       Fax: (202) 682-0249
       Email:  rchambers@sonosky.com
              rusche@sonosky.com
              fholleman@sonosky.com
              mmurdock@sonosky.com

       *Attorneys for Plaintiff*

       MARK STEGER SMITH
       Assistant U.S. Attorney
       U.S. Attorney's Office
       2601 Second Avenue North, Suite 3200
       Billings, MT 59101
       Tel: (406) 247-4667
       Fax: (406) 657-6058
       Email:  mark.smith3@usdoj.gov

1

TODD KIM
Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney, Natural Resources
    Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376
Fax: (303) 844-1350
E-mail:   luke.hajek@usdoj.gov

*Attorneys for Defendants*

*/s/ Jeffery J. Oven*
Jeffery J. Oven
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
Billings, MT 59103-2529
Telephone: 406-252-3441
Email:   joven@crowleyfleck.com
       jroth@jcrowleyfleck.com

*/s/ Peter C. Whitfield*
Peter C. Whitfield
Joseph R. Guerra
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Email:   pwhitfield@sidley.com
       jguerra@sidley.com

*Attorneys for Defendant-Intervenors*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 18, 2022, I electronically filed the foregoing with the Clerk of Court via CM/ECF System, which will send notification of such filings to the attorneys of record.

*/s/ Frank S. Holleman*
Frank S. Holleman