IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

CV-20-44-GF-BMM

THE ASSINIBOINE AND
SIOUX TRIBES OF THE FORT
PECK INDIAN RESERVATION,
Plaintiff,

v.

**ORDER**

The U.S. DEPARTMENT OF
THE INTERIOR, et al.,
Defendants,

and

TRANSCANADA KEYSTONE
PIPELINE, LP and TC ENERGY
CORP.,

Defendants-in-Intervention.


Upon the Joint Stipulated Dismissal Without Prejudice, (Doc. 92) and with

good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED.

DATED this 6th day of June, 2022.


Brian Morris, Chief District Judge
United States District Court